**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>ALPINE PARTNERS (BVI) L.P.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 24- |

**DECLARATION OF DUANE L. LOFT IN SUPPORT OF THE APPLICATION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

I, Duane L. Loft, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am an attorney licensed to practice law in the State of New York.  I am a partner at the law firm of Pallas Partners (US) LLP, which is counsel to Alpine Partners (BVI) L.P. ("Petitioner").  I make this declaration in support of Petitioner's Application for an Order Pursuant to 28 U.S.C. § 1782 (the "Application").

2.      Petitioner brings this Application under 28 U.S.C. § 1782 to obtain limited discovery from Pfizer Inc. ("Pfizer" or "Respondent") for use in an appraisal proceeding pending before the Supreme Court of Bermuda concerning the take-private merger of Myovant Sciences Ltd. ("Myovant" or the "Company") (the "Appraisal Proceeding").

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the proposed deposition subpoena that Petitioner seeks to serve on Respondent in connection with the Appraisal Proceeding.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Definitive Proxy Statement that Myovant filed with the Securities & Exchange Commission on January 23, 2023.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the Pfizer Press Release titled *Myovant Sciences and Pfizer Announce Collaboration to Develop and Commercialize Relugolix in Oncology and Women's Health*, dated December 28, 2020.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Pfizer Press Release titled *Myovant Sciences and Pfizer Receive U.S. FDA Approval of MYFEMBREE, a Once-Daily Treatment for the Management of Moderate to Severe Pain Associated with Endometriosis*, dated August 5, 2022.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the Myovant Press Release titled *Myovant Sciences Announces Corporate Update and Financial Results for Second Fiscal Quarter 2022*, dated October 26, 2022.

Dated: January 8, 2024

By:    */s/ Duane L. Loft*

Duane L. Loft