UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>ALPINE PARTNERS (BVI) L.P.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 1:24-mc-00011-AS |

**ORDER**

This matter comes before the Court upon the Application for Judicial Assistance by Alpine Partners (BVI) L.P. ("Petitioner") for leave to serve a subpoena upon Pfizer Inc. ("Respondent") pursuant to 28 U.S.C. § 1782 (the "Application").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations of Mark Chudleigh and Duane Loft (the "Loft Declaration") and Exhibits thereto,

IT IS HEREBY ORDERED that:

1. Respondent shall file any opposition to the Application within 14 days of service of the Application;

2. Petitioner may file any reply in support of the Application within 7 days of Respondent's opposition;

3. Absent a timely opposition filed by Respondent, the Application is granted, and Petitioner is authorized to take discovery from Respondent by issuing the subpoena and seeking the production of documents and a deposition in the form attached to the Loft Declaration as Exhibit 1 (the "Subpoena");

4.	Respondent shall produce the requested documents within 30 days of service of the Subpoena, or such other date as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York;

5.	Respondent shall appear for a deposition in compliance with the subpoena on a mutually agreeable date within a reasonable time after Respondent confirms the final production of documents in response to the Subpoena;

6.	Until further Order by this Court, Respondent shall preserve all documents, electronic or otherwise, and any evidence in their possession, custody, or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application; and

7.	The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance that may be requested by Petitioner.

DATED this 11th day of January, 2024.

_____
United States District Judge